# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KATHRYN L. PAULI,

        Plaintiff,

vs.

CIT BANK, N.A. and EQUIFAX, INC.,

        Defendants.

2:17-cv-00167-JCM-VCF

**ORDER**

    Before the Court is the Joint Discovery Plan and Scheduling Order (ECF No. 17).

    IT IS HEREBY ORDERED that a hearing on the Joint Discovery Plan and Scheduling Order (ECF No. 17) is scheduled for 10:00 AM, April 19, 2017, in Courtroom 3D.

    DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE