VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Kathryn L. Pauli*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. PAULI<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A. and EQUIFAX, INC.,<br><br>Defendants. | Case No.:    2:17-CV-00167-JCM-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SUBSTITUTE PARTY** |

Plaintiff, KATHRYN L. PAULI ("Plaintiff") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on January 19, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION

SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX, INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC. are now made against EQUIFAX INFORMATION SERVICES LLC.

WHEREAS, the Plaintiff will amend their complaint to reflect EQUIFAX INFORMATION SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption. Defendant does not oppose to the Plaintiff amending their complaint.

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and replace with EQUIFAX INFORMATION SERVICES LLC.

WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action that:

1. EQUIFAX, INC., shall be dismissed from this case, without prejudice;

2. The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

DATED this 22nd day of May, 2017.

THE LAW OFFICE OF VERNON NELSON

  /s/ Vernon A. Nelson
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Kathryn L. Pauli*

DATED this 22nd day of May, 2017.

SNELL & WILMER, LLP

 /s/ Bradley T. Austin
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Equifax Information Services LLC*

Dated this 22nd day of May, 2017.

GREENBERG TRAURIG, LLC

/s/  Jacob D. Bundick
Jacob D. Bundick, Esq.
Nevada Bar No.: 9772
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:  bundickj@gtlaw.com
*Attorneys for Defendant CIT BANK, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-25-2017

CASE NO: 2:17-CV-00167-JCM-VCF