VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax : 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Kathryn l. Pauli*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KATHRYN L. PAULI, | Case No.: 2:17-CV-00167-JCM-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KATHRYN L. PAULI ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC[1], by and through their undersigned counsel of record and representation having been made, that the above-captioned and numbered matter is hereby dismissed without prejudice.

In exchange for the parties' stipulation and agreement that Plaintiff will add EQUIFAX INFORMATION SERVICES, LLC., as Defendant in Case No. 2:17-cv-01556-APG-PAL filed in this district.

/ / /

/ / /

---

[1] Per ECF No. 28, the parties agreed to amend Complaint to correct name of Equifax. Instead, the parties are hereby stipulating to bring Equifax Information Services LLC in as a Defendant in Case No. 2:17-cv-01556-APG-PAL filed in this district.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and costs.

| | |
|---|---|
| Dated this 21st day of June, 2017. | Dated this 21st day of June, 2017. |
| THE LAW OFFICE OF VERNON NELSON | SNELL & WILMER, LLP |
| */s/ Vernon A. Nelson* | */s/ Bradley T. Austin* |
| VERNON A. NELSON, JR., ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Avenue, Suite 244<br>Las Vegas, Nevada 89123<br>Tel.: 702-476-2500<br>Fax.: 702-476-2788<br>Email: vnelson@nelsonlawfirmlv.com<br>*Attorney for Plaintiff Kathryn L. Pauli* | Bradley T. Austin, Esq.<br>Nevada State Bar No. 13064<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy,<br>Suite 1100 Las Vegas, NV 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br>*Attorneys for Equifax Information Services LLC* |

## ORDER FOR DISMISSAL

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED that Defendant, EQUIFAX INFORMATION SERVICES LLC, is hereby dismissed without prejudice, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

CASE NO: 2:17-CV-00167-JCM-VCF